```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   URIEL MIRANDA-OREGEL
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-007 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| v. | ) |
|  | ) Date: February 23, 2010 |
| URIEL MIRANDA-OREGEL, | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Miranda, that the Court should vacate the status conference scheduled for February 23, 2010, at 9:30 a.m., and reset it for March 30, 2010, at 9:30 a.m.

Counsel requires the continuance in order to review the Advisory Guideline Presentence Investigation Report, and a proposed plea agreement, with Mr. Miranda.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 30, 2010, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED ORDER]            1                            10-007 JAM

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr.
3  Miranda's request for a continuance outweigh the best interest of the
4  public and Mr. Miranda in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: February 22, 2010              Respectfully submitted,

8                                        DANIEL BRODERICK
                                         Federal Defender
9
                                         /s/ M.Petrik
10                                       _____
                                         MICHAEL PETRIK, Jr.
11                                       Assistant Federal Defender
                                         Attorneys for Defendant
12

13 Dated: February 22, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
14
                                         /s/ M.Petrik for Michael D. Anderson
15                                       _____
                                         MICHAEL D. ANDERSON
16                                       Assistant U.S. Attorney

17

18                                    **ORDER**

19     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
20 this order through the status conference on March 30, 2010, pursuant to
21 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

22

23 DATED:_02/22/2010_____
   _____  /s/ John A. Mendez
24                                  _____
                                    HON. JOHN A. MENDEZ
25                                  United States District Judge

26

27

28 STIPULATION AND [PROPOSED ORDER]       2                      10-007 JAM