1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   URIEL MIRANDA-OREGEL
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     ) No. 10-007 JAM
                                 )
11           Plaintiff,          ) STIPULATION AND TO CONTINUE
                                 ) STATUS CONFERENCE
12      v.                       )
                                 ) Date:  March 30, 2010
13 URIEL MIRANDA-OREGEL,         ) Time:  9:30 a.m.
                                 ) Judge: Hon. John A. Mendez
14           Defendant.          )
   _____)
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Miranda, that the Court should vacate the status

19 conference scheduled for March 30, 2010, at 9:30 a.m., and reset it for

20 May 4, 2010, at 9:30 a.m.

21      Counsel requires the continuance in order to review the Advisory

22 Guideline Presentence Investigation Report, and a proposed plea

23 agreement, with Mr. Miranda.

24      It is further stipulated by the parties that the Court should

25 exclude the period from the date of this order through May 4, 2010,

26 when it computes the time within which the trial of the above criminal

27

28 STIPULATION AND [PROPOSED ORDER]       1                    10-007 JAM

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr.
3  Miranda's request for a continuance outweigh the best interest of the
4  public and Mr. Miranda in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: March 29, 2010                Respectfully submitted,

8                                       DANIEL BRODERICK
                                        Federal Defender
9
                                        /s/ M.Petrik
10                                      _____
                                        MICHAEL PETRIK, Jr.
11                                      Assistant Federal Defender
                                        Attorneys for Defendant
12

13 Dated: March 29, 2010                BENJAMIN B. WAGNER
                                        United States Attorney
14
                                        /s/ M.Petrik for Michael D. Anderson
15                                      _____
                                        MICHAEL D. ANDERSON
16                                      Assistant U.S. Attorney

17

18                                **ORDER**

19     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
20  this order through the status conference on May 4, 2010, pursuant to 18
21  U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

22

23  DATED:__March 29, 2010_____/s/ John A. Mendez_____
24  _____    HON. JOHN A. MENDEZ
                                      United States District Judge
25

26

27

28  STIPULATION AND [PROPOSED ORDER]        2                    10-007 JAM