```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
URIEL MIRANDA-OREGEL
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-007 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | Date: June 1, 2010 |
| URIEL MIRANDA-OREGEL, ) | Time: 9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| Defendant. ) | |
| _____ ) | |

　　　IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Miranda, that the Court should vacate the status conference scheduled for June 1, 2010, at 9:30 a.m., and reset it for July 13, 2010, at 9:30 a.m.

　　　Counsel requires the continuance in order to review the Advisory Guideline Presentence Investigation Report, and a proposed plea agreement, with Mr. Miranda.

　　　It is further stipulated by the parties that the Court should exclude the period from the date of this order through July 13, 2010, when it computes the time within which the trial of the above criminal

STIPULATION AND [PROPOSED ORDER]　　　1　　　10-007 JAM

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr.
3  Miranda's request for a continuance outweigh the best interest of the
4  public and Mr. Miranda in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 27, 2010                     Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: May 27, 2010                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for Michael D. Anderson
                                        _____
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on July 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).


DATED:__May 27, 2010__
                         _____ /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   United States District Judge

STIPULATION AND [PROPOSED ORDER]       2                      10-007 JAM