| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
|   | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
|   | Attorney for Defendant |
| 5 | URIEL MIRANDA-OREGEL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-007 JAM |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| URIEL MIRANDA-OREGEL, | DATE:  July 20, 2010 |
| Defendant. | TIME:   10:00 a.m. |
|   | JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Anderson, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant URIEL MIRANDA-OREGEL, that the status conference scheduled for July 20, 2010, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 3, 2010, at 9:30 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with his client.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

10cr7.o.71910.doc          - 1 -
07/19/10

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED:   July 19, 2010 | /S/     Michael Anderson_____<br>MICHAEL ANDERSON<br>Attorney for Plaintiff |
| | /S/     Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Uriel Miranda-Oregel |

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 9, 2010, at 10:00 a.m., be vacated and the matter continued to August 27, 2010, at 10:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 19th day of July, 2010

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com