BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>URIEL MIRANDA-OREGEL,<br>　　aka Juan Jose Juarez,<br>　　　　Defendant. | CR. No. S-10-007 JAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE |

　　　IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Clemente Jimenez, attorney for URIEL MIRANDA-OREGEL, that the status conference of October 5, 2010 be vacated, and the matter be set for status conference on October 26, 2010, at 9:30 a.m.

　　　Additional time is needed for the parties to negotiate a possible resolution of this matter.  The parties agree that a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

　　　IT IS STIPULATED that the period from the signing of the proposed order, up to and including the October 26, 2010 status

1

conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: October 4, 2010                   Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Michele Beckwith*
                                    By:  Michele Beckwith
                                             Assistant U.S. Attorney

Dated: October 4, 2010                   Clemente Jimenez

                                            */s/ Clemente Jimenez*
                                             CLEMENTE JIMENEZ
                                             Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 5, 2010 be continued to October 26, 2010, at 9:30 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the October 26, 2010 status conference shall be excluded from computation of time

within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: October 4, 2010

                                              /s/ John A. Mendez
Hon. John A. Mendez
U.S. DISTRICT JUDGE