CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
URIEL MIRANDA-OREGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>URIEL MIRANDA-OREGEL,<br>    Defendant. | Case No.: 10-007 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  October 26, 2010<br>TIME:  9:30 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant URIEL MIRANDA-OREGEL, that the status conference scheduled for October 26, 2010, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on November 9, 2010, at 9:30 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with his client.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED:     October 25, 2010 | /S/     Michele Beckwith_____<br>MICHELE BECKWITH<br>Attorney for Plaintiff |
| | /S/     Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Uriel Miranda-Oregel |

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 26, 2010, at 9:30 a.m., be vacated and the matter continued to November 9, 2010, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 25th day of October, 2010

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge

10cr7.o.102510.doc
10/25/10

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com