CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
URIEL MIRANDA-OREGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>URIEL MIRANDA-OREGEL,<br>    Defendant. | Case No.: 10-007 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  May 17, 2011<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michele Beckwith, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant URIEL MIRANDA-OREGEL, that the sentencing scheduled for May 17, 2011, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on June 7, 2011, at 9:30 a.m. for judgment and sentencing.

Defense counsel seeks additional time to prepare and confer with his client. Furthermore, defense counsel is unavailable due to being engaged in trial.

//
//
//
//
//

10cr7.o.51011.doc
05/10/11

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

DATED:   May 10, 2011           /S/     Michele Beckwith_____
                                MICHELE BECKWITH
                                Attorney for Plaintiff


                                /S/     Clemente M. Jiménez_____
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Uriel Miranda-Oregel

**ORDER**

The Court having received, read, and considered the parties' stipulation and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.  IT IS SO ORDERED.

It is further ordered that the judgment and sentencing in the above-entitled matter, scheduled for May 17, 2011, at 9:30 a.m., shall be vacated and the matter continued to June 7, 2011, at 9:30 a.m. for judgment and sentencing.

This 10th day of May, 2011

                                /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
                                United States District Judge

10cr7.o.51011.doc
05/10/11
- 2 -
PDF created with pdfFactory trial version www.pdffactory.com