KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California 95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Uriel Miranda-Oregel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL MIRANDA-OREGEL,<br><br>Defendant. | No. Cr.S. 10-007 JAM<br><br>ORDER |

    Defendant Uriel Miranda-Oregel is indigent. Trial counsel Clemente Jimenez is relieved and attorney Krista Hart is appointed to represent defendant on appeal to the Ninth Circuit Court of Appeals.

DATED: 6/14/2011

                                            /s/ John A. Mendez
                                            John A. Mendez
                                            U.S. District Court Judge