UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>URIEL MIRANDA-OREGEL,<br><br>Movant. | No. 2:10-cr-0007 JAM KJN<br><br><br><br>ORDER |

Movant has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time. Thus, movant's request is denied without prejudice.

However, in light of movant's transfer to a federal prison in North Carolina, the court will grant movant an extension of time in which to file a reply, if any, to his motion filed pursuant to 28 U.S.C. § 2255.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for appointment of counsel (ECF No. 104) is denied without prejudice; and
2. Movant is granted sixty days from the date of this order in which to file a reply.

Dated: August 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cw/mira0007.207