UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>URIEL MIRANDA-OREGEL,<br><br>Movant. | No. 2:10-cr-0007 JAM KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 12, 2014, are adopted in full;

////

1

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 89) is denied;

3. The Clerk of Court is directed to close the companion civil case No. 2:13-cv-0023 JAM KJN P; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: February 26, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE